**LINK:** JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-4801 GAF (FFMx) | Date | December 17, 2013 |
|---|---|---|---|
| Title | ROYAL ALLIANCE ASSOCIATES, INC. v. YOLANDA VITKOFF, et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Stephen Montes Kerr | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

Plaintiff filed a Complaint with this Court on July 2, 2013.

On November 8, 2013, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of default. The Order specifically warned Plaintiff that the Court could dismiss this action 120 days after the filing of the Complaint as dictated by F.R.C.P. 4(m) if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than November 28, 2013. To date, however, no proof of service, request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

JS - 6

|   | : |   |
|---|---|---|
| Initials of Preparer | | SMO |